**Kristina Zorba REMON, Petitioner,**

v.

**U.S. ATTORNEY GENERAL, Respondent.**

No. 08–13371.

United States Court of Appeals, Eleventh Circuit.

April 24, 2009.

Leon Fresco, Holland & Knight, LLP, Ania Galloni, Miami, FL, Petitioner.

David V. Bernal, USDOJ, OIL, Mary Jane Candaux, Lance L. Jolley, Aimee J. Frederickson, Washington, DC, for Respondent.

Before BIRCH, DUBINA and WILSON, Circuit Judges.

PER CURIAM:

Petitioner, Kristina Zorba Remon ("Remon"), petitions for review of the Board of Immigration Appeals' ("BIA") order affirming the immigration judge's ("IJ") order of removal because it found that petitioner committed a crime involving moral turpitude. *See* Immigration and Nationali-

ty Act § 212(a)(2)(A)(i)(I), 8 U.S.C. § 1182(a)(2)(A)(i)(I).

After reviewing the record, reading the parties' briefs, and having the benefit of oral argument, we grant the petition for review, vacate the removal order and remand this case to the BIA for further consideration. We conclude that the BIA erred in going beyond the record of conviction to create a presumption of intent in order to conclude that Remon's crime was one involving moral turpitude that subjected her to removability.

**PETITION GRANTED.**[1]

---

1. The pending motion to dismiss for lack of jurisdiction is DENIED.